508 A.2d 550

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Joseph A. DUNCAN, Respondent.

Supreme Court of Pennsylvania.

May 8, 1986.

Petition for Allowance of Appeal GRANTED, No. 66 E.D. Appeal Docket 1986.